01
02
03
04
05
06
07

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

08  UNITED STATES OF AMERICA,               )
                                            )  CASE NO. CR13-286-JCC
09          Plaintiff,                      )
                                            )
10      v.                                  )
                                            )  DETENTION ORDER
11  JACOB DAY,                              )
                                            )
12          Defendant.                      )
    _____ )
13

14  <u>Offense charged</u>:     Distribution of Cocaine Base

15  <u>Date of Detention Hearing</u>:    September 16, 2013.

16      The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and

17  based upon the factual findings and statement of reasons for detention hereafter set forth, finds

18  that no condition or combination of conditions which defendant can meet will reasonably

19  assure the appearance of defendant as required and the safety of other persons and the

20  community.

21      <u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

22      1.      Defendant has been charged with a drug offense, the maximum penalty of which

DETENTION ORDER
PAGE -1

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant has a very lengthy criminal history which includes numerous failures to appear for court and failures to abide by court orders. He has several convictions for Attempt to Elude. He is associated with three alias names, two dates of birth, and three Social Security numbers. He has several active pending criminal matters in other courts. He does not have a stable employment or residence history.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services

01    Officer.

02    DATED this 16th day of September, 2013.

_____
Mary Alice Theiler
Chief United States Magistrate Judge

DETENTION ORDER
PAGE -3